IIat,t,, Judge,
 

 delivered the opinion of the Court:— I think the Court was right in receiving in evidence the grant made to the lessors of the Plaintiffs, it is true, the grant ought to have been registered in two years, as the law required. But by the act of 1821, c. 10, further time of twm years was given for the registration of all deeds, grants, &c. made before that time. Had any right vested, between the time within which the grant
 
 *24
 
 gis te red, and the time when the ought
 
 t° íla*
 
 act. of
 
 }
 
 operate, (as in the case of
 
 Scales y. FcwelíUúccWtfKmlhí^
 
 term,) those rights would not have
 
 Won
 
 mvestecl by that act. But the Defendants have shewn no rights so circumstanced. If they had a right under the grant to Jonathan Jacocks, the Plaintiffs’ grant, whether registered.or not, would not stand in their way, but as it appears that that grant does not cover the land, and no other right is set up, the Plaintiffs’ grant being comprehended in the act of 1821, entitles them to recover.
 

 We see no objection to the charge of the Court, as to the boundaries of the land, and are of opinion that judgment should be rendered for the Plaintiffs.